```
McGREGOR W. SCOTT
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2797
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>GILBERT JONES,<br>　　　　Defendant. | CR. S-07-514 GEB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |

　　　The parties request that the status conference currently set for September 5, 2008, be continued to September 12, 2008, and stipulate that the time beginning September 5, 2008, and extending through September 12, 2008, should be excluded from the calculation of time under the Speedy Trial Act.  The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for each defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4.

///

1

1  The parties are finalizing a plea offer in this case.  The
2 defendant will need time to consider the government's offer.
3 Additionally, the defendant's counsel will need more time to
4 review the discovery in this case and discuss that discovery with
5 the defendant.  The parties stipulate and agree that the
6 interests of justice served by granting this continuance outweigh
7 the best interests of the public and the defendants in a speedy
8 trial.  18 U.S.C. § 3161(h)(8)(A).

                                    Respectfully Submitted,

                                    McGREGOR W. SCOTT
                                    United States Attorney

Dated: September 4, 2008       By:/s/ Michael M. Beckwith
                                    MICHAEL M. BECKWITH
                                    Assistant U.S. Attorney

Dated: September 4, 2008       By:/s/ Robert Holley
                                    ROBERT HOLLEY
                                    Attorney for defendant
                                    Gilbert Jones

**<u>ORDER</u>**

The status conference in case number CR. S-07-0514 GEB, currently set for September 5, 2008, is continued to September 12, 2008, and the time beginning September 5, 2008, and extending through September 12, 2008, is excluded from the calculation of time under the Speedy Trial Act.  The Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

IT IS SO ORDERED.

Dated:   September 8, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge